United States District Court
Northern District of Illinois
Eastern Division

Darren L. Hopkins           Case No. 15 CV 410
    Plaintiff
v.

Cook County Sheriff         Honorable Judge S. Der-Yeghiayan
Thomas Dart, et al.

## Motion For Judgement by Default

Now Comes Plaintiff Darren L. Hopkins and Request Pursuant to Rule 55(B)(1) of the Federal Rules of Civil Procedure for Entry of a Judgement by Default Against the Defendants. In Support of this Request Plaintiff Darren L. Hopkins relies upon the Record In this Case And the Affidavit Submitted herein. In Further Support of Plaintiffs Request:

1. On February 10 2016, An Order was Issued that a Status Hearing would be Held on June 30 2016 At 9:00 AM Defendants Motion For leave to File His Motion to Dismiss Instanter Is granted. Plaintiff Is given until 3/30/16 To File His Response.

2. On February 23, 2016 Plaintiff Filed His Objection to Motion to Dismiss, by way of "Motion For leave to File Amended Complaint," through the U.S. Mail to the Following Parties: Thomas G. Bruton - U.S. Clerk, And Patrick Russell Assistant States Attorney.

3. Defendant was given until April 13, 2016 To File His Reply.

FILED TPM
APR 25 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

4. His failure to do so, is in violation of Order which was given on February 10, 2016.

5. He neither acknowledged the Court or Plaintiff for an extension on behalf of the Defendant.

6. Therefore the Plaintiff seeks order of Judgement by default.

7. The Plaintiff further states that on April 3, 2015 for case No. 15C412, and on February 25, 2015 for case No. 14C966. The Court Dismissed both cases for failure to pay filing fees, even though the Plaintiff had previously filed Affidavits to have those fees waived. The Plaintiff wasn't even notified that those cases were dismissed.

8. The Plaintiff believes He was shown no leniency. Since the Defendant failed to respond to Plaintiff's objections (Motions for leave to file Amended Complaint), the Defendant therefore should also be penalized.

9. Therefore, favor should be shown to the Plaintiff, having met and complied with all of the preceeding Orders.

Wherefore, Plaintiff moves that this Court make and enter a Judgement that the same as prayer for relief in Complaint is granted by default on behalf of Defendant.

April 21, 2016

Respectfully Submitted
Darren L. Hopkins

### Certificate of Service

I Darren L. Hopkins certify that I sent through the U.S.P.S. a copy of the attached Motion for Judgement by Default by placing same in an envelope addressed to Patrick Russel A.S.A., Cook County State's Attorney Office, 500 Richard J. Daley Center, Chicago, Il 60602. Said envelope was placed in the mailbox at Dixon Correctional Center on 4/21/16 with postage fully prepaid.

Under Penalty of Perjury all of the foregoing is true.

Darren Hopkins A.K.A
s/s Darren L. Hopkins

Notary Public

Subscribed and Sworn to before me
this 21st day of April, 2016.

_____
Notary Public

"OFFICIAL SEAL"
SALLY A. JOOS
Notary Public, State of Illinois
My Commission Expires 07/12/2016